IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                                                          **PLAINTIFF**

v.                              Case No: 3:22-cv-00043-KGB

**JUDICIAL CONFERENCE**
**OF THE UNITED STATES,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Gary Webster's complaint is dismissed without prejudice. The Court denies the request relief.

So adjudged this 16th day of March, 2022.

_____
Kristine G. Baker
United States District Judge